Copyrights-In-Suit for IP Address 67.167.227.30

**ISP:** Comcast Cable
**Location:** Northbrook, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Amazing Grace | PA0001806477 | 09/14/2012 | 09/19/2012 | 12/29/2012 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/13/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 03/27/2013 |
| Enchanting Real Orgasms | PA0001833295 | 03/22/2013 | 04/01/2013 | 03/27/2013 |
| Finding Elysium | PA0001814784 | 11/15/2012 | 11/19/2012 | 12/31/2012 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 12/30/2012 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 03/27/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/29/2012 |
| Introducing Angelica | PA0001818283 | 11/28/2012 | 12/13/2012 | 12/31/2012 |
| Introducing Kaylee | PA0001783646 | 04/01/2012 | 04/03/2012 | 12/31/2012 |
| Invisible | PA0001826860 | 02/19/2013 | 02/21/2013 | 03/28/2013 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 03/26/2013 |
| Leila Sex on the Beach | PA0001762083 | 12/22/2010 | 11/21/2011 | 02/24/2013 |
| Out of This World | PA0001833294 | 03/28/2013 | 04/01/2013 | 03/27/2013 |
| Photo Fantasy | PA0001808631 | 09/28/2012 | 09/28/2012 | 12/29/2012 |
| Pretty Babies | PA0001835953 | 04/05/2013 | 04/29/2013 | 04/13/2013 |
| Pure Grace | PA0001800484 | 07/11/2012 | 07/12/2012 | 12/30/2012 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 03/10/2013 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 12/30/2012 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/11/2013 |
| Sunday Afternoon | PA0001800353 | 07/06/2012 | 07/11/2012 | 12/31/2012 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 12/29/2012 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 12/29/2012 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 12/29/2012 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 03/26/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 12/29/2012 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 12/31/2012 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 03/27/2013 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 03/27/2013 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 12/31/2012 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 12/30/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 31**

EXHIBIT B

NIL85